IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br><br>Plaintiff,<br><br>Vs.<br><br>Mario E. Castro; Magdalena D. Castro; et al.<br><br>Defendants. | Case No. **CV 25 1608**<br>**CHEN, J.**<br>NOTICE OF REMOVAL **WICKS, M.J.**<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ MAR 21 2025 ★<br>LONG ISLAND OFFICE |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

PLEASE TAKE NOTICE that **Defendants Mario E. Castro and Magdalena D. Castro**, pursuant to **28 U.S.C. §§ 1331, 1332, 1441, and 1446**, hereby remove the above-captioned action from the **Supreme Court of the State of New York, County of Suffolk**, where it is currently pending under **Index No. 631307/2023**, to the **United States District Court for the Eastern District of New York**, based on the following grounds:

1. **Federal Question Jurisdiction**: This action presents federal questions under the **United States Constitution** and various federal statutes concerning improper mortgage assignments and foreclosure practices.
2. **Diversity Jurisdiction**: The amount in controversy exceeds **$75,000**, and there exists complete diversity between Plaintiffs and Defendants.
3. **Good Faith Filing**: Defendants previously attempted to remove this matter in good faith but followed directives from the **Suffolk County Clerk's Office** that resulted in an incorrect sequence of filings. Upon clarification, Defendants now properly file this Notice of Removal in the appropriate federal district court.
4. **Timeliness**: This Notice of Removal is filed promptly upon recognizing the procedural misstep and ensuring compliance with **28 U.S.C. § 1446**.

5. **State Court Notice**: A copy of this **Notice of Removal** is concurrently being filed with the Clerk of the Supreme Court of the State of New York, County of Suffolk, in compliance with **28 U.S.C. § 1446(d)**.

**WHEREFORE,** Defendants **Mario E. Castro and Magdalena D. Castro** respectfully request that this Court exercise jurisdiction over this matter and proceed with adjudication in the appropriate federal forum. Date this 21st day of **March, 2025.**

**RESPECTFULLY PRESENTED,**

_____
Mario E. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

## CERTIFICATE OF SERVICE

The Defendants HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed to the attorney of record listed below under first class mail and a copy of this filing will be filed in the court removed from. Date this 21st day of **March, 2025.**

Sent to:
McCalla Raymer Leibert Pierce, LLC
Attention: Deborah M. Gallo, Esq.
420 Lexington Avenue, Suite 840
New York, New York 10170
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 File No. 22-11547NY.*

RESPECTFULLY PRESENTED,

_____
Mario E. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com