McCalla Raymer Leibert Pierce, LLP
420 Lexington Avenue Suite 840
New York, NY 10170
Telephone: 347-286-7409
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 formerly known as The Bank of New York,<br><br>Plaintiff,<br><br>vs.<br><br>Mario E. Castro; Magdalena D. Castro, et al.,<br><br>Defendants. | Civil Action No. 2:25-cv-01608-PKC-JMW<br><br>**CERTIFICATE OF SERVICE** |

I, Adam Weiss, Esq., do hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate of the law firm of McCalla Raymer Leibert Pierce, LLP, attorneys for plaintiff The Bank of New York Mellon as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11 formerly known as The Bank of New York in the above-captioned civil action. I am admitted to practice in this Court and am a member in good standing.

2. On March 28, 2025, I caused the Notice of Appearance, dated March 28, 2025, to be served upon the following:

   Mario E. Castro
   419 West Hills Road
   Melville, NY 11747

2

Magdalena D. Castro
419 West Hills Road
Melville, NY 11747

by first class United States mail by depositing a true and complete copy of same in a properly addressed, pre-paid envelope within the custody and care of the United States Postal Service.

3. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2025

**By:**    */s Adam Weiss*
Adam Weiss, Esq.