IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br><br>Plaintiff,<br><br>Vs.<br><br>Mario E. Castro; Magdalena D. Castro; et al.<br><br>Defendants. | Case No. 25-cv-01608-PKC-JMW<br><br>**REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs/Counterclaimants Mario E. Castro and Magdalena D. Castro respectfully request that the Clerk of the Court enter default against The Bank of New York Mellon et al. for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure after being served three times with a copy of the counterclaim.

As evidenced by the attached Affirmation and Proofs of Service via electronic service, The Bank Of New York Mellon et al. was served with Plaintiffs' Counterclaim on February 10, 2025, on or about February 21, 2025 and again on February 27, 2025. More than twenty-one (21) days have elapsed since all three service dates, and no responsive pleading or motion has been filed. Therefore, The Bank Of New York Mellon et al. is in default under Rule 55(a). THE BANK OF NEW YORK MELLON has been in default by over 30 days since the first service of the counterclaim, over 21 days from the date of the second and third service.

**WHEREFORE,** Counterclaimants respectfully request that the clerk enter a default against The Bank Of New York Mellon et al. for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure after being served three times with a copy of the counterclaim.

Date this 28th day of **March, 2025.**

**RESPECTFULLY PRESENTED,**

_____
Mario E. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Propria Persona, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com