# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br><br>Plaintiff,<br><br>Vs.<br><br>Mario E. Castro; Magdalena D. Castro; et al.<br><br>Defendants. | Case No. 25-cv-01608-PKC-JMW<br><br>**CERTIFICATE OF SERVICE** |

The undersigns HEREBY CERTIFY that a true and correct copy of the REQUEST FOR CLERK'S ENTRY OF DEFAULT, PROPOSED ORDER CLERKS ENTRY OF DEFAULT, AFFIDAVIT IN SUPPORT OF Clerks Entry of Default by Mario E. Castro, AFFIDAVIT IN SUPPORT OF Clerks Entry of Default by Magdalena D. Castro, Exhibits A-1 to J, PETITION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(2), and PROPOSED ORDER OF DEFAULT JUDGMENT PURSUANT TO RULE 55(b)(2) has been served on the parties listed below electronically through the courts electronic notification system, "CM/ECF" as the below parties are registered to receive service under the CM/ECF system and also via U.S.P.S. first-class mail.

Date this 3rd day of **April, 2025.**

**Sent to:**

Deborah M. Gallo
McCalla Raymer Leibert Pierce, LLC
420 Lexington Avenue, Suite 840
New York, NY 10170
deborah.gallo@mccalla.com
*ATTORNEY for The Bank of New York Mellon*

Adam David Weiss
McCalla Raymer Liebert Pierce, LLP
420 Lexington Avenue, Suite 840
New York, NY 10170
Adam.Weiss@mccalla.com
*ATTORNEY for The Bank of New York Mellon*

RESPECTFULLY PRESENTED,

_____
Mario E. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

FROM:
Mario Castro
419 West Hills Rd
Melville NY 11747

TO:
United States Eastern District Court
of New York
100 Federal Plaza
Central Islip, N.Y. 11722
Att: Clerks office.

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 07 2025 ★
LONG ISLAND OFFICE

PRIORITY MAIL
FLAT RATE ENVELOPE
TRACKED • INSURED

MELVILLE, NY 11747
APR 05, 2025
11722   $10.10
RDC 03   0 Lb 1.80 Oz   S2324M503429-08

USPS TRACKING #: 9505 5132 2918 5095 4967 90
EXPECTED DELIVERY DAY: 04/08/25