IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

*FILED*
2025 JUN -3 AM 8:42
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc., Alternative Loan Trust 2006-OA11, Mortgage Pass-Through Certificates, Series 2006-OA11<br><br>Plaintiff,<br><br>Vs.<br><br>Mario E. Castro; Magdalena D. Castro; et al.<br><br>Defendants. | Case No. 25-cv-01608-PKC-JMW<br><br><br><br>NOTICE OF APPEAL |

Notice is hereby given that **Petitioners, Defendants Mario E. Castro and Magdalena D. Castro**, hereby appeals to the United States Court of Appeals for the Circuit from the orders of this Court filed and entered on April 11, 2025 (ECF No. 14) and May 9, 2025 text order denying Motion to Vacate. We hereby certify that the appeal is not taken for purposes of delay.

DATED this 1st day of June, 2025.

RESPECTFULLY PRESENTED,

_____
Mario E. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

## CERTIFICATE OF SERVICE

Mario E. Castro, and I, Magdalena D. Castro, hereby certify that a true and correct copy of the forgoing Notice of Appeal has been or will be were served upon all parties listed below by placing the same in a properly addressed envelope with sufficient postage and deposited in the United States Mail, first class, and or by electronic service via the Court's CM/ECF system, if registered:

**Sent to:**

McCalla Raymer Leibert Pierce, LLC
Attention: Deborah M. Gallo and Adam David Weiss
420 Lexington Avenue, Suite 840
New York, NY 10170
deborah.gallo@mccalla.com
*Alleged ATTORNEY's for The Bank of New York Mellon*

Date this 1st day of **June, 2025.**

RESPECTFULLY PRESENTED,

_____
Mario E. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com

_____
Magdalena D. Castro, Sui Juris
All Natural Secured Rights Explicitly Reserved and Retained
c/o 419 West Hills Road, Melville, New York 11747
Ph. 917-513-7741
Email: 4lifemcastro@gmail.com